15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

NOV 07 2019 AC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

~~Donald Heh~~
Donald Henneberg
#20181129048

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Health Care Service

**1:19-cv-07382**
**Judge Sara L. Ellis**
**Magistrate Jeffrey Cole**
**PC 6**

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

CHECK ONE ONLY:      <u>AMENDED COMPLAINT</u>

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
    **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
    **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

   A. Name: Donald Henneberg

   B. List all aliases: N/A

   C. Prisoner identification number: 20181129048

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart
      Title: Sheriff of Cook County
      Place of Employment: Cook County Jail

   B. Defendant: ___
      Title: ___
      Place of Employment: ___

   C. Defendant: ___
      Title: ___
      Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was in Division 10 at Cook County Jail between the dates of 4/20/19 to 8/20/19 when I was threatened and then attacked by a gang member for trying to use the phone. I had told the officer a number of times about the threat and the issue of the gangs controlling the phones, and I was told its not his problem. The attack happened in front of the officer while I was sitting down watching TV. I blacked out and had to be taken to the hospital for head trama. Since then I suffer from migraine headaches blurred vision and loss of balance. I wanted to press charges against the attacker but I was threatened by another gang member if I did I would be killed. I haven't been able to sleep and have anixety, this gang has my name and know what I look like, I have no idea when or were they will try and finish the job. I went to the clinic to get help sleeping and was told I was suffering from P.T.S.D. and is something I'll have to live with for the rest of my life.

Reviewed: 8/2013

Reviewed: 8/2013

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking one million in damages suffered from my Head trauma and P.T.S.D

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  Oct  day of  25 , 20 19

_____
(Signature of plaintiff or plaintiffs)

Donald Henneberg
(Print name)

20181129048
(I.D. Number)

Cook County jail P.O. Box 089002 Chicago, IL 60608
(Address)

Reviewed: 8/2013

Donald Henneberg
20181129048 Div6 2C
P.O. Box 089002
Chicago, IL 60608


11/07/2019-40

2019 NOV -7 AM 8:31

Prisoner Correspondant
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

1:19-cv-07382
Judge Sara L. Ellis
Magistrate Jeffrey Cole
PC 6